**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CARDIONET, LLC, <br><br> and <br><br> BRAEMAR MANUFACTURING, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> INFOBIONIC, INC., <br><br> Defendant. | Civil Action No. 1:15-cv-11803-IT <br><br> Hon. Indira Talwani |

**DEFENDANT INFOBIONIC'S MOTION FOR JUDGMENT ON THE PLEADINGS THAT ALL ASSERTED CLAIMS OF U.S. PATENT NOS. RE43,767, 7,212,850, 7,907,996 AND 7,099,715 ARE INVALID UNDER 35 U.S.C. § 101**

Defendant InfoBionic moves for judgment on the pleadings that all asserted claims of U.S. Patent Nos. RE43,767, 7,212,850, 7,907,996 and 7,099,715 are invalid under 35 U.S.C. § 101. The asserted claims of these patents improperly monopolize age-old methods used by doctors to collect physiological data and monitor a patient's health by claiming implementation using conventional computer hardware and routine medical technology. In support, InfoBionic relies on the memorandum submitted concurrently with this motion, the accompanying declaration, and any further briefing and argument that may be permitted by the Court.

InfoBionic respectfully requests that the Court grant its motion by finding all asserted claims of U.S. Patent Nos. RE43,767, 7,212,850, 7,907,996 and 7,099,715 invalid as directed to patent-ineligible subject matter and dismiss Counts III, IV, V and VI of the Second Amended Complaint [#135] with prejudice.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), InfoBionic respectfully requests that the Court hold oral argument on this motion, as InfoBionic believes that oral argument will assist the Court.

Dated:  July 1, 2016

Respectfully submitted,

LATHAM & WATKINS LLP

By: /s/ Charles H. Sanders
Charles H. Sanders (BBO #646740)
charles.sanders@lw.com
John Hancock Tower, 27th Floor
200 Clarendon Street
Boston, MA 02116
Tel: (617) 948-6022; Fax: (617) 948-6001

Maximilian A. Grant (*pro hac vice*)
max.grant@lw.com
Gabriel K. Bell (*pro hac vice* to be filed)
gabriel.bell@lw.com
Abigail Amato Rives (*pro hac vice*)
abby.rives@lw.com
555 Eleventh Street, N.W., Ste. 1000
Washington, DC 20004
Tel: (202) 637-2200; Fax: (202) 637-2201

Kristopher R. Davis (*pro hac vice*)
kris.davis@lw.com
330 North Wabash Avenue, Suite 2800
Chicago, IL 60607
Tel:  (312) 876-7653; Fax: (312) 993-9767

Brian W. Lewis  (*pro hac vice*)
brian.w.lewis@lw.com
505 Montgomery St # 2000
San Francisco, CA 94111
Tel:  (415) 646-7860; Fax: (415) 395-8095

*Counsel for Defendant InfoBionic, Inc.*

## LOCAL RULE 7.1 CERTIFICATION

I, Charles H. Sanders, counsel for Defendant InfoBionic, hereby certify that we have conferred with counsel for CardioNet to resolve or narrow the issues presented in this motion but, after good faith attempt, the parties reached no agreement.

Dated: July 1, 2016                                   By: /s/ Charles H. Sanders
                                                      Charles H. Sanders (BBO #646740)

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party via the Court's CM/ECF filing system.

Dated:  July 1, 2016

By: /s/ Charles H. Sanders
Charles H. Sanders (BBO #646740)
charles.sanders@lw.com
LATHAM & WATKINS LLP
John Hancock Tower, 27th Floor
200 Clarendon Street
Boston, MA 02116
Tel: (617) 948-6022; Fax: (617) 948-6001