UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARDIONET, LLC, and BRAEMAR MANUFACTURING, LLC * * * Plaintiffs, * * v. * * INFOBIONIC, INC., * * Defendant. * | Civil Action No. 1:15-cv-11803-IT |

ORDER

July 22, 2016

TALWANI, D.J.

Defendant's Motion for Summary Judgment of Non-Infringement or, in the Alternative, Mootness [#72] and Defendant's Motion for Leave to File under Seal [#96] documents in support of Defendant's summary judgment reply are DENIED as moot, in light of the Consent Judgment as to InfoBionic's "First Generation" Product [#170]. In addition, Defendant's Motion to Stay [#106] is DENIED.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge