# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARDIONET, LLC,<br><br>and<br><br>BRAEMAR MANUFACTURING, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>INFOBIONIC, INC.,<br><br>Defendant. | Civil Action No. 1:15-cv-11803-IT<br><br>Hon. Indira Talwani |

**DEFENDANT INFOBIONIC'S RENEWED MOTION FOR JUDGMENT ON THE PLEADINGS THAT ALL ASSERTED CLAIMS OF U.S. PATENT NOS. RE43,767, 7,212,850, 7,907,996 AND 7,099,715 ARE INVALID UNDER 35 U.S.C. § 101**

Per the Court's order dated March 20, 2017 (#280), Defendant InfoBionic renews its motion for judgment on the pleadings that all asserted claims of U.S. Patent Nos. RE43,767, 7,212,850, 7,907,996 and 7,099,715 are invalid under 35 U.S.C. § 101, and that Counts III, IV, V and VI of CardioNet's Third Amended Complaint (#279) should be dismissed with prejudice.[1]

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), InfoBionic respectfully requests that the Court hold oral argument on this motion, as InfoBionic believes that oral argument will assist the Court.

---

[1] In support of this Renewed Motion, InfoBionic relies on the briefing, memoranda, and exhibits previously filed in support of its Motion for Judgment on the Pleadings (##152, 154, 171, 187).

Dated:  March 20, 2017                                  Respectfully submitted,

LATHAM & WATKINS LLP

By: /s/ Charles H. Sanders
Charles H. Sanders (BBO #646740)
charles.sanders@lw.com
John Hancock Tower, 27th Floor
200 Clarendon Street
Boston, MA 02116
Tel: (617) 948-6022; Fax: (617) 948-6001

Maximilian A. Grant (*pro hac vice*)
max.grant@lw.com
Gabriel K. Bell (*pro hac vice*)
gabriel.bell@lw.com
Abigail Amato Rives (*pro hac vice*)
abby.rives@lw.com
555 Eleventh Street, N.W., Ste. 1000
Washington, DC 20004
Tel: (202) 637-2200; Fax: (202) 637-2201

Kristopher R. Davis (*pro hac vice*)
kris.davis@lw.com
330 North Wabash Avenue, Suite 2800
Chicago, IL 60607
Tel:  (312) 876-7653; Fax: (312) 993-9767

Brian W. Lewis  (*pro hac vice*)
brian.w.lewis@lw.com
505 Montgomery St # 2000
San Francisco, CA 94111
Tel:  (415) 646-7860; Fax: (415) 395-8095

*Counsel for Defendant InfoBionic, Inc.*

## LOCAL RULE 7.1 CERTIFICATION

I, Charles H. Sanders, counsel for Defendant InfoBionic, hereby certify that we have conferred with counsel for CardioNet to resolve or narrow the issues presented in this motion but, after good faith attempt, the parties reached no agreement.

Dated: March 20, 2017                                     By: /s/ Charles H. Sanders
                                                          Charles H. Sanders (BBO #646740)

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party via the Court's CM/ECF filing system.

Dated:  March 20, 2017

By: /s/ Charles H. Sanders
Charles H. Sanders (BBO #646740)
charles.sanders@lw.com
LATHAM & WATKINS LLP
John Hancock Tower, 27th Floor
200 Clarendon Street
Boston, MA 02116
Tel: (617) 948-6022; Fax: (617) 948-6001