IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARDIONET, LLC, and BRAEMAR MANUFACTURING, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> INFOBIONIC, INC., <br><br> Defendant. | Civil Action No. 1:15-cv-11803-IT |

## ~~[PROPOSED]~~ ORDER GRANTING THE PARTIES' JOINT MOTION TO EXTEND THE DEADLINE FOR EXPERT DISCOVERY

Having reviewed the Joint Motion to Extend the Deadline for Expert Discovery for the limited purpose of completing two expert depositions, filed by Plaintiffs CardioNet, LLC, and Braemar Manufacturing, LLC and Defendant InfoBionic, Inc., the Court hereby GRANTS the motion. It is further ORDERED that the Fourth Amended Scheduling Order (D.I. 389) is modified as follows:

| Event | Original Date | Modified Date |
|---|---|---|
| Both parties' trial experts must be deposed | September 9, 2019 | September 24, 2019 |
| Expert discovery must be completed | September 9, 2019 | September 24, 2019 |
| Status conference | September 16, 2019, at 2:15 p.m. | *No change* |
| Deadline for dispositive motions, such as motions for summary judgment or partial summary judgment and motions for judgment on the pleadings | October 15, 2019 | |
| Opposition briefs to dispositive motions | November 5, 2019 | |
| Reply briefs | November 19, 2019 | |

BY THE COURT:

Dated: 9/11/2019

*/s/ Indira Talwani*
INDIRA TALWANI, J.
United States District Court

1