# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARDIONET, LLC, and BRAEMAR MANUFACTURING, LLC,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>INFOBIONIC, INC.,<br><br>　　　　　Defendant. | Civil Action No. 1:15-cv-11803-IT |

## STIPULATION OF DISMISSAL OF COUNT I
## REGARDING INFRINGEMENT OF U.S. PATENT NO. 6,940,403

The Parties, by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 15(a)(2), hereby stipulate to the dismissal with prejudice of Count I of the operative Plaintiffs' Third Amended Complaint (D.I. 279) regarding infringement of U.S. Patent No. 6,940,403.

Dated: February 9, 2020

By: /s/ *Charles H. Sanders*
Charles H. Sanders (BBO #646740)
Christopher W. Henry (BBO #676033)
LATHAM & WATKINS LLP
John Hancock Tower, 27th Floor
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6000
Facsimile: (617) 948-6001
charles.sanders@lw.com
christopher.henry@lw.com

Maximilian A. Grant (*pro hac vice*)
Gabriel K. Bell (*pro hac vice*)
Diane E. Ghrist (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Ste. 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
max.grant@lw.com
gabriel.bell@lw.com
diane.ghrist@lw.com

Brenda L. Danek (*pro hac vice*)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
brenda.danek@lw.com

*Counsel for Defendant*

Dated: February 9, 2020

By: */s/ Bradford J. Badke*
Bradford J. Badke (*pro hac vice*)
Ching-Lee Fukuda (*pro hac vice*)
Todd M. Simpson (*pro hac vice*)
Sharon Lee (*pro hac vice*)
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
(212) 839-5300

Jack Pirozzolo (BBO # 564879)
SIDLEY AUSTIN LLP
60 State Street, 36th Floor
Boston, MA 02109
(617) 223-0300

Sam Dillon (*pro hac vice*)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8711

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each party via the Court's CM/ECF filing system.

Dated: <u>February 9, 2020</u>                                    By: <u>*/s/ Bradford J. Badke*</u>
                                                                                      Bradford J. Badke